NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
California Bar No. 190414
Assistant United States Attorney
Asset Forfeiture Section
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-2727
   Facsimile: (213) 894-0142
   E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. SACV 18-1736 |
| Plaintiff, | COMPLAINT FOR FORFEITURE |
| v. | 18 U.S.C. §§ 981(a)(1)(C) and 984 |
| $922,596.14 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER XXX-0194, $321,200.05 SEIZED FROM BANK OF AMERICA SAFE DEPOSIT BOX 000740, $76,300.00 SEIZED FROM BANK OF AMERICA SAFE DEPOSIT BOX 0000Z28, AND $10,630.00 IN U.S. CURRENCY, | [I.R.S.] |
| Defendants. | |

For its claims against the defendants $922,596.14 Seized From Bank of America Account Number XXX-0194, $321,200.05 Seized From Bank of America Safe Deposit Box 000740, $76,300.00 Seized From Bank of America Safe Deposit Box 0000Z28, and $10,630.00 in U.S. Currency (collectively, the "defendant funds"), plaintiff United States of America alleges as follows:

## JURISDICTION AND VENUE

1. This is a civil forfeiture action brought pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984.

2. This Court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395(b).

## PERSONS AND ENTITIES

4. The plaintiff is the United States of America.

5. The defendants are (i) $922,596.14 Seized From Bank of America Account Number XXX-0194 ("BofA 0194"), which account is held in the name of Edward's Healthy Living Pharmacy, Inc.; (ii) $321,200.05 Seized From Bank of America Safe Deposit Box 000740 ("BofA Box 740"), which account is held in the name of Hoan Minh Truong and Melany Phuong Truong; (iii) $76,300.00 Seized From Bank of America Safe Deposit Box 0000Z28 ("BofA Box Z28") which safe deposit is held in the name of Melany Phuong Truong; and (iv) $10,630.00 in U.S. Currency seized from Melany Phuong Truong. The defendants listed in (i)-(iii) above were seized on March 9, 2017, during the execution of federal search and seizure warrants at Bank of America located at 17430 Brookhurst

Street, Fountain Valley, California, while item (iv) was seized on March 9, 2017 during the execution of a federal search warrant at Edward's Healthy Living Pharmacy, Inc. located at 879 S. Tustin Street, Orange, California.

6. The defendant funds are currently in the custody of the Internal Revenue Service in this District, where they shall remain subject to this Court's jurisdiction during the pendency of this action.

7. The interests of Hoan Truong, Melany Phuong Truong, and Edward's Healthy Living Pharmacy, Inc. may be adversely affected by these proceedings.

## EVIDENCE SUPPORTING FORFEITURE

### *Background of Investigation*

8. The U.S. Department of Health & Human Services, Office Inspector General ("HHS-OIG") initiated an investigating in September 2014 and targeted a drug trafficking organization ("DTO") that involved individuals believed to be associated with Armenian Organized Crime. Investigators believed that the DTO was affiliated with corrupt medical practitioners who profited from the illicit prescription of controlled substances, including oxycodone, for profit and not for any legitimate medical purpose. The DTO was responsible for the sale of both prescription narcotics such as oxycodone and controlled drug prescriptions issued in the names of licensed medical practitioners including Dr. Richard Marc Goldstein ("Goldstein").

9. According to the California Controlled Substance Utilization Review and Evaluation System ("CURES")[1] Edward's Healthy Living Pharmacy located at 879 South Tustin Street, Orange, California 92866 ("Edward's Pharmacy") dispensed approximately 822 prescriptions for oxycodone between May 30, 2015 and November 18, 2016. Edwards Pharmacy dispensed oxycodone at 30mg strength (821 out of 822 oxycodone prescriptions). The maximum 30mg oxycodone is the most sought out prescription in the black market. Goldstein's prescriptions accounted for 92% of the reported oxycodone 30mg prescriptions filled by Edwards Pharmacy.

10. Edwards Pharmacy was also involved in Medicare fraud via sham billings for compounded drugs. Between May 1, 2015 and January 10, 2017, Edwards Pharmacy billed Medicare for approximately $1,989,736, primarily for expensive compounded prescriptions. Compounded drugs are typically dispensed to patients who cannot take a commercially available form of the drug because the prescribed drug strength is not commercially available or the patient is allergic to an ingredient of the commercially available drug. It is, however, becoming increasingly common for pharmacies to submit fraudulent claims for compounded drugs. Accordingly, the existence of a large

---

[1] CURES is a database which contains almost one hundred million records and includes information about the drug dispensed, drug quantity and strength, patient name, address, prescriber name, and authorization number, including DEA number or prescription number. California doctors and pharmacies are required to report to the California Department of Justice, within seven days, every schedule II, III, IV drug prescription that is written.

volume of claims for compounded drugs is often a red flag warning of fraudulent activity.  The business of Edward's Pharmacy, as related to oxycodone and compounded prescriptions, was permeated with fraud.

11. Multiple patients of Edward's Pharmacy ("beneficiaries") stated: (1) that they never received the compounded drugs that were billed to Medicare by Edward's Pharmacy using their benefits; or (2) they received the billed compounded drugs but did not see the prescribing doctor for the prescription and did not pay a co-payment.

### *Analysis of Edward's Pharmacy Medicare Claims*

12. From May 2015 to July 2016, Edward's Pharmacy submitted approximately $1,798,432 in Medicare Part D claims. Approximately 97.8 percent of Edward's Pharmacy Medicare payments were associated with a compounded prescription. Edward's Pharmacy's average price per compounded prescription was $1,856.79, and prices ranged from $333.49 to $4,197.48.  For cost comparison, internal National Benefit Integrity Medicare Drug Integrity Contractor ("NBI MEDIC") analysis of all prescription drug event ("PDE") records for compounded drug records from the first quarter of 2013 to the first quarter of 2016 ranged from an average of $115.59 to $297.54.  Edward's Pharmacy's Medicare claims far exceeded the average total paid amount, which is consistent with fraudulent activity by a compounding pharmacy.

13. Approximately 93 percent of Edward's Pharmacy's Medicare beneficiaries (199 out of 214 unique beneficiaries) were associated with a compounded prescription, which is also

recognized as a red flag for fraud, as Medicare beneficiaries will typically present a wide variety of prescriptions rather than focusing so exclusively on compounded drugs in particular.

14. There were seven drugs associated with compounded prescriptions in Edward's Pharmacy's PDE records. The top four drugs by PDE record volume were:

    a. Lidocaine ointment (453 PDE records);
    b. Cyclobenzaprine tablets (149 PDE records);
    c. Piroxicam capsules (107 PDE records); and
    d. Tizanidine capsules (106 PDE records).

15. Although PDE records do not show all ingredients in a compound, these four products were consistent with the compounding and dispensing of topical pain creams by a compounding pharmacy.

16. Edward's Pharmacy had a consistent pattern of submitting one primary National Drug Code (NDC) for the ingredients used in compounded products, a pattern consistent with fraud, rather than legitimate care, as it shows a lack of individualized care for patients presenting the prescriptions. The following are some examples:

    a. 376 (83%) of 453 PDE records for lidocaine 5 percent ointment were submitted for the NDC 65126-0918-53;
    b. 100 of 147 (68%) PDE records for cyclobenzaprine 5 mg tablets were submitted for the NDC 00603-3078-21; and

    c. 102 (95%) of 107 PDE records for piroxicam 20 mg capsules were submitted for the NDC 59762-0145-01.

17. Approximately 93% of Edward's Pharmacy's Medicare claims for compounded drugs were submitted for Low Income Subsidy beneficiaries, for whom a lower copayment amount applies. This as another indicator of fraud as beneficiaries who have a lower income are typically easier to recruit for fraud, waste and abuse schemes due to the potential financial incentive. In addition, the lower copayments for these patients make them more desirable for cash for medication schemes as the pharmacy does not have to cover a large patient copayment or falsify patient billing for these copayments.

18. The top prescribers for Edward's Pharmacy's Medicare claims were Bijan Badihian, D.O. (National Provider Identifier "NPI" 1912128695), Vergil Duane Sisson (NPI 1619904182), and Mahin Zandizadeh Esfahani (NPI 1417132705). Prescriptions from these three providers alone accounted for more than 60% of the total amounts paid by Medicare to Edward's Pharmacy, all of which were for compounded drugs. Moreover, the PDEs billed to Medicare for those providers' prescriptions were for substantially overlapping patterns of drugs, such as lidocaine ointment, tizanidine capsules, piroxicam capsules, and cyclobenzaprine tablets.[2]

---

[2] In an Accusation filed against Dr. Badihian in 2002, the Osteopathic Medical Board of California charged him with misconduct including dishonesty and corruption, making a false statement in a document related to the practice of medicine, and preparation of statements for presentation of false or fraudulent claims to Medicare. In settling the action in 2003,

***Medicare Claims Data Analysis***

19. From May 2015 through January 2017, Edward's Pharmacy submitted approximately 1,704 claims to Medicare and the total paid by Medicare was approximately $1,989,736. Of that amount, $1,895,350.57 was paid to Edward's Pharmacy by Medicare for compounded products.

20. A May 2012, HHS-OIG Office of Evaluation and Inspections ("OEI") report entitled "Retail Pharmacies with Questionable Part D Billing" ("OEI Report") concluded that billing high dollar amounts per prescriber, or billing for a high number of prescriptions per prescriber, may indicate that a pharmacy has relationships with certain prescribers. Although in some cases they may be legitimate, these relationships are concerning because the pharmacy and prescriber may be working together to bill for drugs that were not medically necessary or were never provided to the beneficiary.

21. According to the OEI Report, on national average, $1,818 in prescription drugs, per prescriber, per year, are filled at single pharmacies. A prescription is typically brought to a pharmacy by the patient/beneficiary. Prescribers are typically not involved in the beneficiary's decision about where to fill a prescription. In the OEI Report, of the 2,637

---

Dr. Bahidian admitted to some of the allegations against him, namely, charges that he failed to use his own name or an approved fictitious name in advertisements regarding the practice of medicine. Similarly, according to the District of Columbia Department of Health website, Dr. Esfahani's medical license was administratively revoked after he voluntarily surrendered the license while facing disciplinary action by the Medical Board for an unspecified violation.

pharmacies with questionable billing, 850 pharmacies billed extremely high dollar amounts per prescriber, each averaging at least $5,977 per prescriber, per year. This amount was about three times the national average of $1,818. Some of these pharmacies billed considerably more per prescriber on average. For example, five of these pharmacies each billed more than $90,000 per prescriber, per year.

22. Based on the Medicare claims from the data analysis period, Edward's Pharmacy had approximately 87 referring prescribers. Edward's Pharmacy's top five referring prescribers accounted for 47 percent of prescriptions (802 out of 1,704 PDE records), and $1,386,957 in Medicare payments.

23. Edward's Pharmacy's top five prescribers referred an average of 53 prescriptions per year, nearly double the national average stated in the OEI Report. Edward's Pharmacy's top five prescribers prescribed, on average, $92,710.07 per year worth of prescriptions. Based on the Medicare claims data, Edward's Pharmacy's top five prescribers exceeded the $5,977 "extremely high" threshold set forth in the OEI Report.

*Financial Analysis*

24. From at least July 2014 to March 2017, Edward's Pharmacy's primary business account was BofA 0194. On July 7, 2014, Truong, on behalf of Edwards Pharmacy, opened BofA 0194 and is listed as the sole signatory.

25. From May 26, 2015 through October 31, 2016, BofA 0194 received total deposits of $2,170,103.53. Edward's Pharmacy began submitting Medicare Part D claims in approximately May 2015. Approximately 98 percent of the total deposits were from

1 five companies: United Drugs, Argus, Arete Pharmacy, AAP, and
2 Heartland Payment Systems which totaled $2,133,114.33.
3     26. United Drugs, Argus, Arete Pharmacy, AAP, and
4 Heartland Payment Systems are all Pharmacy Services
5 Administration Organizations ("PSAO"). These PSAOs are third-
6 party payers to pharmacies on behalf of Medicare Part D. The
7 payments made to Edward's Pharmacy by the PSAOs were primarily,
8 but not exclusively, Medicare payments.
9     27. On March 9, 2017, IRS agents executed a federal
10 seizure warrant at Bank of America and seized $922,596.14 from
11 BofA 0194 (*i.e.*, a portion of the defendant funds). Also, on
12 March 9, 2017, IRS agents executed federal search and seizure
13 warrants on BofA Box 0740 and seized $321,200.05 (*i.e.*, a
14 portion of the defendant funds) and BofA Box 0Z28 and seized
15 $76,300.00 (*i.e.*, a portion of the defendant funds).
16     28. On the same date, IRS agents executed a federal search
17 warrant at Edward's Pharmacy and seized $10,630 (*i.e.*, the
18 remainder of the defendant funds).
19     29. Based on the above, plaintiff alleges that the
20 defendant funds represent or were derived from proceeds
21 traceable to violations of 18 U.S.C. § 1349 (health care fraud),
22 which is a specified unlawful activity as defined in 18 U.S.C.
23 § 1956(c)(7)(F). The defendant funds are therefore subject to
24 forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C). To the extent
25 that the defendant funds are not the actual monies traceable to
26 or involved in the illegal activities identified herein, the
27 government alleges that these funds are identical property found
28 in the same accounts as the property traceable to or involved in

the illegal activities and are therefore subject to forfeiture pursuant to 18 U.S.C. § 984.

WHEREFORE, plaintiff United States of America prays:

(a) that due process issue to enforce the forfeiture of the defendant funds;

(b) that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

(c) that this Court decree forfeiture of the defendant funds to the United States of America for disposition according to law; and

(d) for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

DATED: September 25, 2018

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

VERIFICATION

I, Todd D. Hardy, hereby declare that:

1. I am a Special Agent with the Internal Revenue Service- Criminal Investigation and I am the case agent for the forfeiture matter entitled <u>United States of America v. $922,596.14 Seized From Bank of America Account Number XXX-0194, et al</u>.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 30, 2018 in Los Angeles, California.

TODD D. HARDY
Special Agent, IRS-CI